140

Orville MILLER and Robert Monk, Appellants, v. STATE, Appellee.

No. 22561.

Court of Criminal Appeals of Texas.

May 19, 1943.

Aubrey Davee, of Brady, for appellants.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellants were convicted of robbery by assault, and their punishment assessed at confinement in the penitentiary for a period of five years each.

Since their appeal was perfected, appellants have filed their application, duly verified, asking the privilege of withdrawing the same. The request is granted and the appeal ordered dismissed.